# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-40723
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 22, 2018

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JORGE ALEJANDRO TORRES-LARRAGA,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:16-CR-1051-1

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:*

Jorge Alejandro Torres-Larraga appeals his guilty plea conviction for possession with intent to distribute more than 50 grams, that is approximately 7.28 kilograms, of methamphetamine in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A), and 18 U.S.C. § 2. Torres-Larraga argues that the factual basis was insufficient to support his guilty plea conviction because the Government failed

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-40723

to meet its obligation to prove that he knew the type and quantity of drug involved in his offense.

As Torres-Larraga concedes, his argument is foreclosed by *United States v. Betancourt*, 586 F.3d 303, 308-09 (5th Cir. 2009), which held that *Flores-Figueroa v. United States*, 556 U.S. 646 (2009), did not overturn *United States v. Gamez-Gonzalez*, 319 F.3d 695 (5th Cir. 2003), and that the Government is not required to prove knowledge of drug type and quantity as an element of a drug offense.

Accordingly, Torres-Larraga's motion for summary disposition is GRANTED, and the judgment is AFFIRMED.